

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT**, A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

# O R D E R

The filing of the reporter's record from a June 24, 2014 hearing is required to complete the appellate record in this appeal. This court previously identified Ms. Leticia Escamilla as the court reporter responsible for preparing the June 24, 2014 record. On January 30, 2015, Ms. Escamilla filed a notification of late record stating that the June 24, 2014 record had not been filed because appellants had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellants are not entitled to appeal without paying the fee. By order dated February 3, 2015, appellant were ordered to provide proof of payment.

On February 11, 2015, appellants responded to this court's order providing proof of payment and stating this court's order was appellants' first notice that payment was due because the court reporter had failed to communicate with the appellants' attorney regarding payment. It is therefore ORDERED that Ms. Escamilla file the reporter's record from the June 24, 2014 proceeding in this court no later than February 20, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED**. Appellants' brief must be filed no later than thirty days from the date Ms. Escamilla files the June 24, 2014 record.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2015.

Keith E. Hottle
Clerk of Court